AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/24/2017
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:17-M -04461(1) - MAT |
| (1) JOSE FRANCIS YANES-MANCIA | § § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **10/22/2017** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The Defendant, Jose Francis YANES-Mancia, an alien to the United States and a citizen of Honduras, entered the United States from the Republic of Mexico on October 22, 2017 by crossing the Rio Grande River approximately 1.46 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers."

Continued on the attached sheet and made a part of hereof: [X] Yes [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Heredia, Frank A.
Border Patrol Agent

10/24/2017
File Date

at EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) JOSE FRANCIS YANES-MANCIA

FACTS (CONTINUED)

The Defendant, Jose Francis YANES-Mancia, an alien to the United States and a citizen of Honduras, entered the United States from the Republic of Mexico on October 22, 2017 by crossing the Rio Grande River approximately 1.46 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

On October 22, 2017 at about 9:50 p.m., Border Patrol Agent James Lowery saw fourteen individuals walk north across the Rio Grande River, approximately 1.46 miles west of the Paso Del Norte Port of Entry in El Paso, Texas. Agent Lowery approached the individuals, identified himself as a Border Patrol Agent, and questioned the individuals as to their citizenship. One of the individuals later identified as DEFENDANT Jose Francis YANES-Mancia admitted to being a citizen of Honduras. After a brief interview, it was also determined that the DEFENDANT was also not in possession of any immigration documents that would allow him to enter, be, or remain in the United States legally. The DEFENDANT also freely admitted to have entered illegally into the United States. All the individuals, along with the DEFENDANT, were placed under arrest and transported to the Paso Del Norte Border Patrol Station processing center. At the station, the DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing his fingerprints and photo. The system revealed that the DEFENDANT had no immigration or criminal history. Record checks query through El Paso Sector radio confirmed the above results. The DEFENDANT was provided with his rights as per Form I-214 in the Spanish language which he understood. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE