```
 1              IN THE UNITED STATES MAGISTRATE COURT
                     WESTERN DISTRICT OF TEXAS
 2                         EL PASO DIVISION

 3
    UNITED STATES OF AMERICA      )
 4                                )
    v                             )   No. EP:17-MJ-04461(1)MAT
 5                                )
    JOSE FRANCIS YANES MANCIA     )
 6

 7                         INITIAL APPEARANCE
                  BEFORE THE HONORABLE MIGUEL A. TORRES
 8                 UNITED STATES MAGISTRATE JUDGE
                          OCTOBER 24, 2017
 9

10  APPEARANCES:

11  *****NONE ANNOUNCED*****

12

13

14

15

16

17

18

19  Interpreter:          Provided

20

21

22

23  Proceedings recorded by electronic recording.

24  Transcript produced by Rhonda McCay, CSR, RPR.

25
```

1          (Proceedings called to order)

2          THE COURT:  All right.  Agents, please, raise

3     your right hand.

4          (Agents sworn)

5          THE COURT:  All right.  Have a seat, please.

6          Okay.  If any of you using the headsets have

7     any trouble with the headsets, please get my attention

8     or the interpreter's attention immediately so that we

9     can take care of that problem, please.

10          All right.  I'm Judge Torres.  We're here to

11    conduct your initial appearance.

12          At this hearing, I will advise you of the

13    charges that you face, of the possible maximum sentence

14    that you face.  I'm required to tell you what the

15    possible maximum sentence is.  I will give you

16    information regarding your attorney, the time and date

17    of your next hearing.  I'll discuss your situation

18    regarding bond.  I will also advise you of your

19    rights.

20          Now, in some cases, I will set bond.  In other

21    cases, I cannot set bond because the government has

22    filed a motion to have you detained pending trial.  In

23    those cases, what I will do is set your very next

24    hearing to include a detention hearing at which you have

25    the right to take up any bond matters with this Court.

1        Let me advise you of some important rights at
2   this time.  First, you do have the right to remain
3   silent.  You don't have to answer any questions about
4   your case.  Anything that you say can be used against
5   you in court.
6        Let me see.  Well, let me just ask the folks on
7   this side of the room.  Do you understand your right to
8   remain silent?
9        (All respond "Yes")
10        THE COURT:  I need to hear you.  (Spanish).
11        Starting with those of you sitting against the
12   wall over here, do you understand your right to remain
13   silent?
14        (All respond "Yes")
15        THE COURT:  In the back row, those of you being
16   assisted by the interpreter, do you understand your
17   right to remain silent?
18        (All respond "Yes")
19        (Proceedings continued but are not made a part
20   of this record)
21        THE COURT:  Now, you have the right to a
22   lawyer.  You can hire the attorney of your choice or I
23   will appoint an attorney for you if you cannot afford
24   one.
25        Starting with those of you that are sitting

against the wall over here, do you understand that you
have the right to have an attorney represent you on
these criminal charges?

(All respond "Yes")

THE COURT:  In the back row, the two
Spanish-speakers -- actually, the three
Spanish-speakers -- I'm sorry.  I missed you, sir -- do
you understand that you have the right to have an
attorney represent you?

(All respond "Yes")

THE COURT:  And how about the five
English-speakers in the back row, do you understand that
you have the right to have a lawyer represent you on
these charges?

(All respond "Yes")

THE COURT:  All right.  And that's a "yes" from
all five.

Now, if you don't have the money to hire a
lawyer, I will appoint a lawyer for you.  Is there
anybody here who has already hired an attorney?

(No response)

THE COURT:  Anybody?

Okay.  Then I will be appointing a lawyer for
all of you who cannot afford one.

I need to advise you of one additional right.

This right applies to those of you that are not citizens of the United States.  If you are not a citizen of the United States, you have the right to have -- you have the right to have the consulate of your home country notified that you've been arrested or detained.

All right.  The consulate, as you probably know, is your home country's representative here in the United States, okay?  And they may have consulates throughout the United States in different cities or maybe just one or two.

In any case, you can make sure that your consulate is informed that you've been arrested if you wish to do so.  You can do this by letting a federal law enforcement officer know that you've been arrested.  And I'm talking about a United States federal law enforcement officer.  Or a lawyer for the government of the United States that you might see here in the courtroom or something, you can let them know to notify the consulate of your home country that you've been detained, if you wish to do so.

Do -- starting with those of you sitting against the wall here to my left, do you understand these consular rights that I've just explained?

(All respond "Yes")

THE COURT:  Okay.  And the three gentlemen in

the back row being assisted by the interpreter, do you

understand these consular rights?

       (All respond "Yes")

       THE COURT:  And the five English-speakers in

the back row, do you understand these consular rights?

       (All respond "Yes")

       THE COURT:  Okay.  And that's a "yes" from all

five.

       Okay.  Now, some of you will also have the

right to a preliminary hearing to determine if the

government has enough evidence to hold you to answer to

the charges it is making against you.  I'm going to call

on you individually and in groups.

       Please stand up and say "Present" when I call

your name and remain standing until I tell you

otherwise.

       (Proceedings continued but are not made a part

of this record)

       THE COURT:  Jose Francis Yanes Mancia?

       THE DEFENDANT:  Present.

       (Proceedings continued but are not made a part

of this record)

       THE COURT:  Okay.  Each one of you has the same

charge.  You're each charged with a misdemeanor offense

of illegal entry into the United States.  This

1  misdemeanor charge carries a possible sentence of

2  anywhere from no time in jail up to a possible maximum

3  of six months in jail, a fine of from zero up to $5,000

4  and a $10 special assessment.

5          In each one of your cases, I'm setting bond at

6  $5,000 cash or corporate surety.

7          Now, if any of you have any intention of paying

8  your bond or having your family pay a bond, I would

9  strongly recommend that you speak to your lawyer first

10  before you do so.  Your lawyer may make you aware of

11  some facts that could impact your decision as to whether

12  you make that financial commitment or not.

13          Now, let's see here.  Let me ask you, those of

14  you that are standing, do any of you own or rent -- do

15  any of you own your own homes or any homes or land?

16          (Proceedings continued but are not made a part

17  of this  record)

18          THE COURT:  Now, let me ask, again, those of

19  you that are standing, do any of have over $500 in any

20  bank account that you have access to or in your jail

21  commissary?  Anybody?

22          (No response)

23          THE COURT:  And there's no affirmative answers

24  to that, for the record.

25          So based on this information, I do qualify you

for an appointed lawyer.

Mr. Claudino, Mr. Garcia Granados,
Mr. Gutierrez Diaz, Ms. Hernandez Neti, Mr. Ramirez Poc,
Mr. Yanes Mancia, I've appointed attorney Edward
Rodriguez to represent you. He's an attorney in private
practice. He will be by to meet with you prior to your
next court hearing, and that is set November 2nd at 9:30
in the morning, okay? I expect Mr. Rodriguez should be
out there sometime this week to visit with you.

(Proceedings continued but are not made a part
of this record)

THE COURT: Now, let me tell you all briefly
about this next court hearing. At this next court
hearing a number of things can happen. And it's
basically your decision as to what happens. You can ask
for more time. If you need more time to prepare for
your case, I will consider that request.

If you want a trial, that is, a proceeding in
which you would be contesting your charges, you can make
that request, and I would set you for trial probably
within two weeks, maybe three weeks at the most, and you
could prepare with your attorney and prepare for your
defense.

Finally, your third choice is to plead guilty
and to be sentenced on that very day if that's what you

want to do.

Now, your attorney will give you advice as to how he or she thinks you should proceed, and you can make up your own minds after that.  You can decide what you want to do, but I just wanted to give you an idea of what to expect at this court hearing next week.

Now, have each of you understood everything that I've just discussed?

(All respond "Yes")

THE COURT:  Let me just tell you briefly -- this is applies to those of you that are standing as well everybody -- every defendant in the room, with the exception of Ms. Ruiz and Mr. Mendez Mendoza, you are charged by a document called a complaint, okay?

A criminal complaint says specifically what law you are alleged to have violated.  It tells us the date and the time of this alleged violation.  And it is -- there's an affidavit, a sworn statement of facts, made by one of the agents involved in your arrest that basically makes the factual allegations in support of this charge against you.

Obviously, you have a right to contest this if you wish.  But I wanted to let you know and I'm required to let you know the nature of the charging document against you.

1          All right.  And those of you that are standing,
2   you can have a seat, please.
3          (Proceedings continued but are not made a part
4   of this record)
5          THE COURT:  All of you will be meeting with
6   your attorney in the very near future.  Your attorney
7   will discuss in detail everything that we've talked
8   about today.
9          In a few minutes, you're going to receive
10  written notice that your case has been set for the next
11  court hearing, and this written notice will contain the
12  name and the contact information for your attorney.
13         Let me ask you, those of you that are actually
14  sitting against the wall over here that have the charges
15  of illegal entry, is there anybody in this group right
16  here that was accompanied by a minor child or a minor
17  sibling?
18         (Proceedings continued but are not made a part
19  of this record)
20         THE COURT:  Mr. Yanes?
21         THE DEFENDANT:  Yes.
22         THE COURT:  Mr. Yanes, you were accompanied --
23  don't tell me the name, but you were accompanied by a
24  minor child of yours?
25         THE DEFENDANT:  Yes.

1      THE COURT:  How old is that child?

2      THE DEFENDANT:  He was about to turn 15 on the

3  3rd of October.

4      THE COURT:  And it's a boy?

5      THE DEFENDANT:  Yes, he is a boy.

6      THE COURT:  Okay.  Again, were you given any

7  information at the time of your arrest about how -- how

8  to contact authorities about the whereabouts or the

9  well-being of your child?

10     THE DEFENDANT:  No.  They did not give me --

11  they just -- they just said they were going to take him

12  to an institution for children.  In fact, I have with me

13  an address of my brother that is here.

14     THE COURT:  Go ahead.

15     THE DEFENDANT:  But an officer came by and took

16  that, where I had the address written down and -- when I

17  was laying down with my son, and I have nothing now.

18  They took it away and kept it, and I have nothing now to

19  be able to contact them.

20     THE COURT:  Okay.  And you're from Honduras,

21  Mr. Yanes?

22     THE DEFENDANT:  Yes.  From Honduras.

23     THE COURT:  Thank you, sir.

24     THE DEFENDANT:  I'm from Copaneco [phonetic],

25  Honduras.

1          THE COURT:  Okay.  Thank you, sir.  You can

2    have a seat.

3          (Proceedings continued but are not made a part

4    of this record)

5          THE COURT:  For those of you that I just talked

6    to about being accompanied by your children or

7    grandchildren, make sure you discuss it with your

8    attorney, please, and your attorney may be able to

9    assist you in getting some information about the

10   whereabouts and well-being of your children.

11         All right.  We're in recess.  You're in the

12   custody of the U.S. Marshals.

13         (Deposition concluded)

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF ELECTRONIC RECORDING

       I, Rhonda McCay, CSR, RPR, certify that the foregoing is a correct transcription from the electronic recording of the proceedings in the above-entitled matter.

       I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this electronic recording was taken, and further that I am not financially or otherwise interested in the outcome of the action.

       Signed this 8th day of November, 2017.


/s/ Rhonda McCay_____
Rhonda McCay, RPR, CSR 4457
Date of Expiration:  12/31/2018
REPORTERS INK, LLC
221 North Kansas, Suite 1101
El Paso, Texas 79901
Ph.: 915.544.1515