**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | | |
|---|---|---|---|
| UNITED STATES, | § | | |
| Plaintiff, | § | | |
| v. | § | | |
| ELBA LUZ DOMINGUEZ-PORTILLO, | § Nos. | EP:17-MJ-04409 |
| MAYNOR ALONSO CLAUDINO LOPEZ, | § | EP:17-MJ-04456 |
| JOSE FRANCIS YANES-MANCIA, | § | EP:17-MJ-04461 |
| NATIVIDAD ZAVALA-ZAVALA, and | § | EP:17-MJ-04462 |
| BLANCA NIEVE VASQUEZ-HERNANDEZ, | § | EP:17-MJ-04499 |
| Defendants. | § | | |

**GOVERNMENT'S NOTICE OF INTENTION TO OFFER EXPERT TESTIMONY**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas ("Government"), and provides notice, pursuant to Federal Rule of Criminal Procedure 16, of its intention to introduce expert witness testimony in its case-in-chief at trial. The Government submits that this evidence is relevant to the issues to be tried and would further state as follows:

**Fingerprint Examiner Mr. Douglas Lloyd**

On or before the day of trial, Mr. Douglas Lloyd will take inked impressions of the Defendants' fingerprints and compare those inked impressions with the inked impressions of fingerprints contained on Forms I-213 Record of Deportable/Inadmissible Alien, Forms I-214 Aviso De Dechechos, and/or foreign identification documents. The Government anticipates that after comparing these fingerprint impressions, Mr. Lloyd will testify that the inked impressions on the relevant documents in each case are of the same individual, the Defendant, in each of these cases. For all of these exhibits, the Government anticipates that Mr. Lloyd will testify that those

inked impressions could not have been made by any other person.  The Government anticipates that Mr. Lloyd will find and testify that those particular inked fingerprint impressions affixed to those documents consist of a pattern containing a sufficient number of characteristics to establish a positive identification.

The basis and the reasons for this conclusion are based upon standards in the field of fingerprint examination and comparison.  These standards are required and followed by the International Association of Identification (IAI).  The comparison technique is A.C.E.V. (Analyze, Compare, Evaluate and Verify).  This standard is commonly required and/or used by the FBI, Federal Courts, and State Courts across the United States.

Documentation of Mr. Lloyd's qualifications as a fingerprint examiner has been provided to defense counsel.

        Respectfully submitted,

        RICHARD L. DURBIN
        UNITED STATES ATTORNEY

BY:   /s/_____
      DOUGLAS C. RENNIE
      Special Assistant U.S. Attorney
      New York Bar #4108031
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      (915) 534-3498

## CERTIFICATE OF SERVICE

   I hereby certify that on the 30th day of November a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System and the Government provided a copy to the following participant:

Sergio Garcia
Attorney for the Defendant.

              /s/
              DOUGLAS C. RENNIE
              Special Assistant U.S. Attorney