# UNITED STATES
# v.
# JOSE FRANCIS YANES-MANCIA
# EP-17-M-04461-MAT

FILED
DEC 01 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY



# STIPULATED EXHIBITS