# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CAUSE NO. EP-17-MJ-4461-MAT |
| | § |
| JOSE FRANCIS YANES-MANCIA | § |

## NOTICE OF APPEAL

Jose Francis Yanes-Mancia, by and through undersigned counsel, respectfully gives notice of appeal to the United States District Court from judgement in the criminal case and sentenced pronounced by Magistrate Judge Miguel A. Torres on December 1, 2017.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender

/S/
SERGIO GARCIA
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2017 I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Noemi Lopez, Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.

/S/
SERGIO GARCIA
*Attorney for Defendant*