UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NATIVIDAD ZAVALA-ZAVALA | ) EP-17-MJ-4462-MAT |
| BLANCA NIEVE VASQUEZ-HERNANDEZ | ) EP-17-MJ-4499-MAT |
| ELBA LUZ DOMINGUEZ-PORTILLO | ) EP-17-MJ-4409-MAT |
| JOSE FRANCIS YANES-MANCIA | ) EP-17-MJ-4461-MAT |
| MAYNOR ALONSO CLAUDINO-LOPEZ | ) EP-17-MJ-4456-MAT |

*SUPPLEMENTAL MEMORANDUM* REGARDING DEFENDANTS'
AMENDED RESPONSE & OBJECTION
TO GOVERNMENT'S MOTION TO AMEND/CORRECT
THE COURT'S OPINION

Parents-Defendants Elba Luz Dominguez-Portillo, Natividad Zavala-Zavala, Jose Francis Yanes-Mancia, Blanca Nieve Vasquez-Hernandez, and Maynor Alonso Claudino-Lopez, by and through the undersigned attorney, file this Supplement to their previously filed "Amended Response & Objection to Government's Motion to Amend/Correct the Court's Opinion."

**To recapitulate:** on November 7, 2017, Parents-Defendants filed a motion to dismiss. On November 27, 2017, at a hearing on the motion to dismiss, Magistrate Judge Miguel A. Torres denied the Parents-Defendants' motion. On December 1, 2017, Magistrate Torres found the Parents-Defendants guilty of illegal entry misdemeanors under 8 U.S.C. § 1325 and sentenced them to probation. On December 14, 2017, the Parents-Defendants filed their *notice of appeal*. On January 5, 2018, Magistrate Torres issued a written opinion of his denial of the Parents-

Defendants' motion to dismiss.

On January 17, 2018, the government filed a "motion to amend/correct the court's opinion" by Magistrate Torres that denied the Parents-Defendants' motion to dismiss. On February 6, 2018, the Parents-Defendants filed their amended response.

However, in the interest of justice and to apprise the court of a new development, Parents-Defendants file this Supplement to include *a decision* made **last week** by an immigration judge in one case, and *recent* copies of the case-closure summaries in the rest of the cases. Specifically, on February 21, 2018, an immigration judge granted an immigration bond in the case of Parent-Defendant Vasquez-Hernandez. Accordingly, attached is a copy of the immigration judge's signed order. See attached Parents-Defendants' **Exhibit "X."**

> Respectfully submitted,
> MAUREEN SCOTT FRANCO
> Federal Public Defender
> /s/
> SERGIO GARCIA
> Assistant Federal Public Defender
> Western District of Texas
> 700 E. San Antonio, D-401
> El Paso, Texas 79901
> (915) 534-6525

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/
_____
Sergio Garcia
Attorney for Defendant

2

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
EL PASO, TX

~~FILE: ~~

IN THE MATTER OF:

VAZQUEZ-HERNANDEZ, BLANCA NIEVE

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

\_\_\_\_ ORDERED that the request for a change in custody status be denied.

__X__ ORDERED that the request be granted and that respondent be:

\_\_\_\_ released from custody on his own recognizance

__X__ released from custody under bond of $ 7500

__X__ OTHER  GPS Monitoring @ DHS Discretion

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: (waived) -- reserved

EL PASO -- EL PASO SERVICE PROCESSING CENTER

Date: Feb 21, 2018

_____
WILLIAM L. ABBOTT
Immigration Judge

XS

EX "Y"
2-+5

109
FR (10-23-17)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 01/09/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | [redacted] |
| Date Departed: | 01/08/2018 | Name: | CLAUDINO LOPEZ, MAYNOR ALONSO |
| Port Departed: | VALLEY INTERNATIONAL AIRPORT | DOB: | 08/08/1978 |
| | | COB: | HONDURAS |
| Departure Country: | HONDURAS | COC: | HONDURAS |
| Expense Code: | 1-ICE/Agency | Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/23/2017 | 8 USC 1325 | | ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP/CONCEALMENT OF FACTS | Sustain | |
| 10/23/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | Sustain | |
| 10/23/2017 | 212a7All | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |

Ex. X
3 of 5
272
ER (12-28-17)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | |
|---|---|---|
| Date Case Closed: | 02/22/2018 | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | |
| Date Departed: | 02/07/2018 | |
| Port Departed: | EL PASO, TX | |
| Departure Country: | HONDURAS | |
| Expense Code: | 1-ICE/Agency | |

Alien was removed with the following biographical information:

| | |
|---|---|
| A-Number: | [redacted] |
| Name: | ZAVALA-ZAVALA, NATIVIDAD |
| DOB: | 12/24/1955 |
| COB: | HONDURAS |
| COC: | HONDURAS |
| Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/22/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | | |
| 10/22/2017 | 212a7AII | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 02/21/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | |
| | | Name: | YANES-MANCIA, JOSE FRANCIS |
| Date Departed: | 02/07/2018 | DOB: | 12/03/1973 |
| Port Departed: | EL PASO, TX | COB: | HONDURAS |
| Departure Country: | HONDURAS | COC: | HONDURAS |
| Expense Code: | 1-ICE/Agency | Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/22/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | | |
| 10/22/2017 | 212a7AiI | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |

Ex "X"
Sep-5
254
(J (1-10-18)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

**Date Case Closed:** 02/12/2018

**Depart-Cleared Status:** 8-Excluded/Removed - Inadmissibility

**Date Departed:** 02/07/2018

**Port Departed:** PHOENIX, AZ

**Departure Country:** EL SALVADOR

**Expense Code:** 1-ICE/Agency

Alien was removed with the following biographical information:

**A-Number:** ████████
**Name:** DOMINGUEZ PORTILLO, ELBA LUZ
**DOB:** 11/19/1968
**COB:** EL SALVADOR
**COC:** EL SALVADOR

**Comments:**

**Charges --** Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/21/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | Sustain | |
| 10/21/2017 | 212a6Ai | I6A | ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) | Sustain | X |